# Order

Michigan Supreme Court
Lansing, Michigan

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

148931-33 & (54)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FRASER TREBILCOCK DAVIS &
DUNLAP PC,
        Plaintiff-Appellee/
        Cross-Appellant,

v

           SC: 148931; 148932; 148933
           COA: 302835; 305149; 307002
           Midland CC: 09-006135-CZ

BOYCE TRUST 2350, BOYCE TRUST 3649,
and BOYCE TRUST 3650,
        Defendants-Appellants/
        Cross-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 6, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. The application for leave to appeal as cross-appellant is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



Clerk

p0924